Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK E. DOTTORE, RECEIVER**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CIVISTA BANK, *et al*.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:20–cv–00855**<br><br>**Judge Christopher A. Boyko** |

**ORDER GRANTING MOTION OF PLAINTIFF TO DISMISS THESE PROCEEDINGS WITHOUT PREJUDICE**

Upon the Motion of Plaintiff, Mark E. Dottore, Receiver (the "**Receiver**") for an order dismissing these proceedings, without prejudice, pursuant to Rule 41 of the Rules of Civil Procedure, and good cause having been shown therefore, and it further appearing to the Court that no objections have been filed to the Receiver's Motion, the Court now finds as follows:

1. the Receiver filed this lawsuit requesting declaratory relief to determine the extent and priority of the liens pending against assets of the Receivership Estate in the case of *Trustees of the Building Laborers Local 310 Pension Fund, et. al., v. 21st Century Concrete Construction Inc.*, Case No. 1:19-cv-764-CAB (the "**Receivership Case**");

2. no crossclaims or counterclaims were filed by any Defendant in the litigation;

3. the parties have settled their claims which settlement is of rccord in the Receivership Case; and

4. the relief requested by the Receiver is appropriate in the circumstances.

NOW THEREFORE IT IS ORDERED that the Receiver's Motion is granted; and it is further

ORDERED that this proceeding is dismissed without prejudice; and it is further

ORDERED that each party is to bear his/her/its own costs; and it is further

ORDERED that this Court shall retain jurisdiction over this litigation.

**IT IS SO ORDERED.**

7/10/2023

**JUDGE CHRISTOPHER A. BOYKO**

Respectfully submitted,

*/s/ Mary K. Whitmer*
Mary K. Whitmer (0018213)
James W. Ehrman (0011006)
Robert M. Stefancin (0047184)
WHITMER & EHRMAN LLC
2344 Canal Road, Suite 401
Cleveland, Ohio 44113-2535
Telephone: (216) 771-5056
Email: mkw@weadvocate.net

*Attorney for Mark E. Dottore, Receiver*